# Court of Appeals
# of the State of Georgia

ATLANTA,  July 14, 2014

*The Court of Appeals hereby passes the following order:*

**A14A1972. ROSCOE EMORY DEAN, JR. v. MARY DRAWDY DIAZ.**

Mary Diaz filed a suit on a note against Roscoe Dean. The trial court entered judgment in favor of Diaz for $5,900. Dean appealed directly to this Court. We lack jurisdiction.

Where, as here, the total judgment is $10,000 or less, the aggrieved party must follow the discretionary appeal procedures in OCGA § 5-6-35. See OCGA § 5-6-35(a) (6). The appellant's failure to comply with these procedures deprives us of jurisdiction over this appeal, which is hereby DISMISSED. See *Hill v. Rose Electric Co.,* 220 Ga. App. 603 (469 SE2d 844) (1996); *Klobe v. Montgomery Ward & Co.,* 178 Ga. App. 164 (342 SE2d 496) (1986).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 07/14/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ Stephen E. Castlen _____ *, Clerk.*